UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS B. OSCAR,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF CRESCENT CITY; et al.,<br><br>      Defendants.<br>                                  / | No. C 06-5592 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

      Lewis Oscar filed this pro se civil rights action under 42 U.S.C. § 1983. The court reviewed his complaint pursuant to 28 U.S.C. § 1915A, found that it did not state a claim upon which relief may be granted, and dismissed it with leave to amend. Oscar did not file an amended complaint and the deadline by which to do so has long passed. Mail sent to him at the address he provided has been returned undelivered. This action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: March 28, 2007

                                                              Marilyn Hall Patel<br>
                                                              United States District Judge